UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JULIO ENRIQUE BENEDICTO,

                  Plaintiff,

    v.

US IMMIGRATION AND CUSTOMS ENFORCEMENT,

                  Defendants.

Case No. C20-5060 RBL-TLF

REPORT AND RECOMMENDATION

Noted for September 11, 2020

Plaintiff, proceeding *pro se* and *in forma pauperis,* initiated this civil rights action on January 23, 2020. Dkt. 1. The Court screened plaintiff's complaint and issued an order directing plaintiff to show cause why the complaint should not be dismissed or file an amended complaint. Dkt. 4.

In the order, the Court explained that plaintiff's complaint failed to allege a cause of action under 42 U.S.C. § 1983 or *Bivens v. Six Unknown Named Agents*, 403 U.S. 388 (1971) because the proposed complaint does not name a defendant acting under color of state or federal law. Dkt. 4. Additionally, the complaint failed to allege facts indicating that plaintiff's injuries were caused by a federal or state officer. Dkt. 4.

Accordingly, in its order, the Court indicated that it would not serve the complaint at the time but would allow plaintiff an opportunity, on or before July 3, 2020, to show cause why his complaint should not be dismissed, or to file an amended complaint

REPORT AND RECOMMENDATION - 1

addressing the identified deficiencies. Dkt. 4. The Court warned that failure to file an amended complaint or adequately address the deficiencies in the complaint would result in the Court recommending dismissal of the complaint pursuant to 28 U.S.C. § 1915.

Plaintiff has failed to comply with the Court's order. Plaintiff has not filed a response to the order or filed an amended complaint. Further, as discussed in the order, plaintiff's complaint fails to state a claim under Section 1983 or *Bivens*. Dkt. 4. Therefore, the Court recommends that plaintiff's complaint be dismissed without prejudice for failure to comply with a Court order and for failure to state a claim upon which relief may be granted under Section 1983 or *Bivens*.

Pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil Procedure, plaintiff shall have **fourteen (14) days** from service of this Report and Recommendation to file written objections thereto. *See also* Fed. R Civ. P. 6. Failure to file objections will result in a waiver of those objections for purposes of appeal. *Thomas v. Arn*, 474 U.S. 140 (1985). Accommodating this time limitation, this matter shall be set for consideration on September 11, 2020, as noted in the caption.

Dated this 27th day of August, 2020.

Theresa L. Fricke
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2