HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JULIO ENRIQUE BENEDICTO,

                Plaintiff,

    v.

US IMMIGRATION AND CUSTOMS
ENFORCEMENT,

                Defendant.

CASE NO. C20-5060TSZ

ORDER

THIS MATTER is before the Court on Magistrate Judge Fricke's Report and Recommendation, docket no. 5, recommending that the Court deny Plaintiff Benedicto's Motion for Leave to Proceed *in forma pauperis*, docket no. 1, and dismiss his complaint without prejudice for failure to state a claim and for failure to respond to the court's Order to Show Cause, docket no. 4.  Benedicto has not objected.

(1)      The Report and Recommendation is ADOPTED;

(2)      Benedicto's Motion for Leave to Proceed *in forma pauperis* is DENIED; and

(3)      Benedicto's complaint is DISMISSED without prejudice.

IT IS SO ORDERED.

Dated this 14th day of September, 2020.

Thomas S. Zilly
United States District Judge